# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-11-00793-CR

### Charles Jerome Hutchinson, Appellant

### v.

### The State of Texas, Appellee

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 403RD JUDICIAL DISTRICT
NO. D-1-DC-10-900019, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

**PER CURIAM**

Appellant Charles Jerome Hutchinson filed his notice of appeal on November 9, 2011. This Court notified appellant on February 23, 2012 that he had not paid or made arrangements to pay for the reporter's record and that his appeal would be considered without the reporter's record and his brief would be due March 26, 2012, if he did not respond to the notice. To date, appellant's brief has not been filed and appellant's retained counsel, Lance Hamm, did not respond to this Court's notice.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant desires to prosecute this appeal, whether he is indigent, and whether his retained counsel has abandoned this appeal. *See* Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. *See id.* A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's notes, shall be forwarded to the clerk

of this Court for filing as a supplemental record no later than October 3, 2012.  *See* Tex. R. App.

P. 38.8(b)(3).

Before Chief Justice Jones, Justices Rose and Goodwin

Abated

Filed:   August 29, 2012

Do Not Publish